(November 14, 1984)

■ In the Matter of the GORILLA SMOKING CO., INC., et al., Appellants, v UNEMPLOYMENT INSURANCE APPEAL BOARD, Respondent. — Motion to dismiss appeal granted, without costs (*Matter of Dressman v Unemployment Ins. Appeal Bd.,* 91 AD2d 1147). Kane, J. P., Main, Casey, Levine and Harvey, JJ., concur.